**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Amir Ahmadi*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER YUKSEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VENTYX BIOSCIENCES, INC., RAJU MOHAN, MARTIN AUSTER, WILLIAM J. SANDBORN, SHEILA GUJRATHI, JIGAR CHOKSEY, RICHARD GASTER, AARON ROYSTON, SOMASUNDARAM SUBRAMANIAM, and WILLIAM WHITE,<br><br>Defendants. | No.   3:24-cv-00415-AGS-DDL<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Yuksel v. Ventyx Biosciences, Inc. et al.*, No. 3:24-cv-00415, brought before the United States District Court for the Southern District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Amir Ahmadi hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants. The parties agree that each shall bear their own fees and costs.

Dated: February 10, 2025

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Counsel for Lead Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel.: (212) 667-6484
Fax: (212) 667-7296
Email: peretz@bgandg.com

*Additional counsel for* Lead Plaintiff

**THE SCHALL FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com

*Additional Counsel*

## PROOF OF SERVICE

I hereby certify that on February 10, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jennifer Pafiti*
Jennifer Pafiti